UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BAMBACH, et al.,

    Plaintiffs,

v.                                                                         Case No. 18-14039
                                                                           Hon. Denise Page Hood
GINA MOEGLE, et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANTS

On February 8, 2024, the Sixth Circuit of Appeals issued an Opinion and Judgment reversing this court's denial of the defendants' motion for summary judgment and remanding the matter for entry of an order dismissing the claims against all defendants. (ECF No. 104; *Bambach v. Moegle,* Case No. 23-1372 (6th Cir. Feb. 8, 2024)). The Mandate issued on March 20, 2024. (ECF No. 105)

For the reasons set forth in the Sixth Circuit's Opinion,

IT IS ORDERED that Defendants Gina Moegle and Susan Shaw are DISMISSED with prejudice from this action.

                                                                     S/DENISE PAGE HOOD
                                                                     DENISE PAGE HOOD
                                                                       United States District Judge

DATED: March 28, 2024